THOMAS M. CRISPI (*pro hac vice*)
thomas.crispi@afslaw.com
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone:	212.484.3900
Facsimile:	212.484.3990

SARA T. SCHNEIDER (Bar No. 298103)
sara.schneider@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013
Telephone:	213.629.7400
Facsimile:	213.629.7401

STEPHEN COPENHAVER (*pro hac vice*)
Steve.Copenhaver@afslaw.com
**ARENTFOX SCHIFF LLP**
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone:	312.258.5500
Facsimile:	312.258.5600

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GORDOA, an individual; ARIANI REYES, an individual; and B.G., a minor;<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation; LUXSHARE-ICT, INC., a California corporation; and LUXSHARE PRECISION INDUSTRY CO., LTD., a Chinese Corporation;<br><br>Defendants. | Case No.  3:22-CV-02900-JSC<br><br>**JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:     Honorable Jacqueline Scott Corley<br><br>Action Filed:  May 16, 2022 |

TO THE HONORABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendant Apple Inc. ("Apple"), Defendant Luxshare-ICT, Inc. ("Luxshare-ICT"), and Plaintiffs, Carlos Gordoa, Ariani Reyes, and B.G., a minor ("Plaintiffs"), by and through their

1  undersigned counsel, present the following stipulation for the Court's approval:

2  WHEREAS, the Court set for the Initial Case Management Conference ("CMC") for
3  August 31, 2022 (ECF No. 37);

4  WHEREAS, on July 29, 2022, Apple filed a partial motion to dismiss the Complaint and
5  Luxshare-ICT filed a joinder in the same (ECF Nos. 39, 40);

6  WHEREAS, on August 12, 2022, Plaintiffs filed a First Amended Complaint ("FAC") in
7  response to the partial motion to dismiss (ECF No. 41);

8  WHEREAS, Defendants Apple and Luxshare-ICT intend to file partial motions to dismiss
9  the FAC by August 26, 2022;

10  WHEREAS, briefing on the motions to dismiss the FAC will not be complete until
11  September 16, 2022 when Apple's and Luxshare-ICT's replies in support of their anticipated
12  motions to dismiss will be due;

13  WHEREAS, the parties have met and conferred, agreed to, and request a short continuance
14  of the CMC until September 22, 2022 (Thursday) at 1:30 pm or the next available Thursday on the
15  Court's calendar.  The parties agree that this continuance will serve the interests of efficiency and
16  judicial economy to continue the CMC until after briefing on the anticipated motions to dismiss is
17  complete; and

18  WHEREAS, this short continuance of the CMC will not require any other changes to the
19  schedule in this case.

## STIPULATION

21  Based on the foregoing, Apple, Luxshare-ICT, and Plaintiffs, by and through their
22  respective counsel of record and subject to the approval of the Court, hereby stipulate and agree
23  and respectfully request that the Court enter an order vacating the August 31, 2022 CMC;
24  continuing the CMC until September 22, 2022 (Thursday) at 1:30 pm or thereafter at the Court's
25  convenience.

1    **IT IS SO STIPULATED.**

3                                                                Respectfully submitted,

5    Dated:  August 23, 2022                          **ARENTOX SCHIFF LLP**

6                                                                By: /s/ *Sara T. Schneider*
                                                                        Sara T. Schneider (Bar No. 298103)

8                                                                *Attorney for Defendant Apple Inc.*

9    Dated:  August 23, 2022                          **CALLAHAN & BLAINE, APLC**

11                                                               By: /s/ *Richard T. Collins*
                                                                         Richard T. Collins (Bar No. 166577)

13                                                               *Attorney for Plaintiffs*

15   Dated:  August 23, 2022                          **PARANJPE MAHADASS RUEMKE LLP**

16                                                               By: /s/ *Tej R. Paranjpe*
                                                                         Tej R. Paranjpe

18                                                               *Attorney for Plaintiffs*

19   Dated:  August 23, 2022                          **K&L Gates LLP**

20                                                               By: /s/ *Caitlin Comstock Blanche*
                                                                         Caitlin Comstock Blanche (Bar No. 254109)
                                                                         Damon M Pitt (Bar No. 291473)

22                                                               *Attorney for Defendant Luxshare-ICT, Inc.*

Based on the stipulation of the parties, and

GOOD CAUSE APPEARING THEREFOR,

The initial case management conference is continued from August 31, 2022 to September 22, 2022 at 1:30 p.m. or thereafter at the Court's convenience.

IT IS SO ORDERED

Date: _____

_____
Hon. Jacqueline Scott Corley