1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                      SAN FRANCISCO DIVISION

5

6   CARLOS GORDOA, an individual; ARIANI          Case No.  3:22-CV-02900-JSC
    REYES, an individual; and
7   B.G., a minor;                                **[PROPOSED]** ORDER GRANTING
                                                  **PLAINIFF'S UNOPPOSED MOTION**
8                        Plaintiffs,              **FOR LEAVE TO FILE SECOND**
                                                  **AMENDED COMPLANT**
9              v.

10  APPLE, INC., a California corporation;         Judge: Honorable Jacqueline Scott Corley
    LUXSHARE-ICT, INC., a California
11  corporation; and LUXSHARE PRECISION           Action Filed: May 16, 2022
    INDUSTRY CO., LTD., a Chinese
12  Corporation;

13

14          The Court considered Plaintiff Ariani Reyes, individually, as parent of B.G., a minor, and

15  as Independent Executrix of the Estate of Carlos Gordoa's *Unopposed Motion for Leave to File*

16  *Second Amended Complaint*.  After considering the evidence, pleadings, and arguments of counsel,

17  if any, the Court finds Plaintiff's motion should be in all things granted.

18          It is ORDERED, ADJUDGED, and DECREED that Plaintiff's motion is GRANTED.

19  The Court grants leave to Plaintiff to file their Second Amended Complaint, and deems the Second

20  Amended Complaint which was attached as Exhibit B to Plaintiff's motion as filed on the date of

21  the signing of this order.

    SIGNED: __March 19_____, 2024
22

23

    
    _____
24  Honorable Jacqueline Scott Corley

25

26

27

28