UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GORDOA, an individual; ARIANI REYES, an individual; and B.G., a minor;<br><br>　　　Plaintiff(s),<br><br>vs.<br><br>APPLE, INC., a California corporation; LUXSHARE-ICT, INC., a California corporation; and LUXSHARE PRECISION INDUSTRY CO., LTD., a Chinese Corporation;<br><br>　　　Defendant(s). | Case Number: 3:22-cv-02900-JSC<br><br>**JOINT DISCOVERY LETTER BRIEF**<br><br>Assigned to the Hon. Jacqueline Scott Corley<br><br><br><br>Action filed:   May 16, 2022 |

In accordance with the Court's March 6, 2024 Order [ECF No. 131], the parties to the above-entitled action jointly submit this JOINT DISCOVERY LETTER BRIEF.

The parties have conferred by video on March 21, 2024 regarding outstanding discovery. The parties have come to an agreement on a number of issues during the meet and confer and continue to work towards resolving the remaining issues related to logistics for the vehicle inspection, depositions requested by the both parties, and responses to document requests. The parties have scheduled another meet-and-confer on March 27, 2024 to continue to work together on the outstanding discovery disputes. There are potential discovery disputes which are not yet ripe for submitting for Court intervention. The parties will submit a joint statement to the Court by April 2, 2024 to address discovery disputes ripe for Court guidance on which the parties are not able to reach an agreement.

The parties have agreed to a private mediation before Jill Sperber. The parties are working with Ms. Sperber's office to set a mediation date. The parties will file a supplemental letter setting forth the date for private mediation as soon as a date has been finalized.

Dated: March 22, 2024

By: */s/ James P. Lamey*

Grigory Rchtouni (Bar No. 311412)
CALLAHAN & BLAINE, APLC
3 Hutton Centre Drive, 9th Floor Santa Ana, CA 92707 714-241-4444 Fax: 714-241-4445 Email: grchtouni@callahan-law.com
*-and-*
Tej R. Paranjpe, *pro hac vice*
Jeremy R. Newell, *pro hac vice*
Brent S. Phelps, *pro hac vice*
James P. Lamey, *pro hac vice*
PARANJPE MAHADASS RUEMKE LLP
3701 Kirby Drive, Suite 530
Houston, Texas 77098
Austin Texas, 78746

*Counsel for Plaintiffs*

Dated: March 22, 2024

By: /s/ *Sara T. Schneider*

Thomas M. Crispi, *pro hac vice*
Sara T. Schneider (SBN 298103)
Stephen Copenhaver, *pro hac vice*
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019

*Counsel for Defendant Apple Inc.*

### CERTIFICATE OF CONCURRENCE

I hereby certify and attest that counsel for the Parties have concurred in the filing of the foregoing instrument in accordance with LR 5-1.

/s/ *Sara T. Schneider*
Sara T. Schneider