1
2
3
4                           UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6  ARIANI REYES, *et al*;                    )
7         Plaintiff(s),                      )  Case Number: 3:22-cv-02900
                                              )
8                                             )  **JOINT STATEMENT REGARDING DKT.**
                                              )  **NO. 202 & [PROPOSED] ORDER**
9         vs.                                 )
                                              )  Judge: Honorable Jacqueline Scott Corley
10 APPLE, INC.;                               )
11                                            )
          Defendant(s).                       )  Action Filed: May 16, 2022
12                                            )
13                                            )
                                              )
14 _____)

15      The parties to the above-entitled action jointly submit this JOINT STATEMENT
16 REGARDING DKT. NO. 202 & PROPOSED ORDER pursuant to the Court's Order Re:
17 Plaintiffs' Filings.
18      The Court shall hear the following dispositive motions at the April 10, 2025 hearing:
19 Defendant Apple Inc.'s ("Defendant") Motion for Summary Judgment (Dkt. No. 196),
20 Defendant's Motion to Exclude Causation Opinions, or in the Alternative, for a *Daubert* Hearing
21 (Dkt. No. 197), and Plaintiffs' Traditional and No-Evidence Motion for Partial Summary
22 Judgment (Dkt. No. 201.)
23      Accordingly, by the February 20, 2025 Deadline for Dispositive Motion Responses,
24 Plaintiffs will file their responses to Dkt. Nos. 196 and 197, and Defendant will file its response
25 to Dkt. No. 201. By the March 20, 2025 Deadline for Dispositive Motion Replies, Plaintiffs
26 will file their reply, if any, to Defendant's response to Dkt. 201, and Defendant will file its
27 replies, if any, to Plaintiffs' responses to Dkt. Nos. 196 and 197. Plaintiffs, at their discretion,
28

may serve and re-file the remaining motions, Dkt. Nos. 191, 192, 193, 194, 195, 199, and 200 in accordance with the Court's Pretrial Scheduling Order (Dkt. No. 65.)

Dated: January 29, 2025

By: */s/ James P. Lamey*
Grigory Rchtouni (Bar No. 311412)
CALLAHAN & BLAINE, APLC
3 Hutton Centre Drive, 9th Floor
Santa Ana, CA 92707
714-241-4444
Fax: 714-241-4445
Email: grchtouni@callahan-law.com
*-and-*
Tej R. Paranjpe, *pro hac vice*
Jeremy Newell, *pro hac vice*
James P. Lamey, *pro hac vice*
PARANJPE MAHADASS RUEMKE LLP
3701 Kirby Drive, Suite 530
Houston, Texas 77098

*Counsel for Plaintiffs*

Dated: January 29, 2025

By: */s/Sara Schneider* by permission*
*Counsel for Defendant Apple*
Sara T. Schneider
**ARENTFOX SCHIFF LLP**
Email: sara.schneider@afslaw.com
Telephone: 213.629.7400
Facsimile: 213.629.7401
555 S. Flower Street, 43rd Floor
Thomas M. Crispi, *pro hac vice*
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone:    212.484.3900
Facsimile:    212.484.3990
Los Angeles, CA 90071
Stephen Copenhaver, *pro hac vice*
**ARENTFOX SCHIFF LLP**
233 South Wacker Drive, Suite 7100
Chicago, IL  60606
Telephone:    312.258.5500
Facsimile:    312.258.5600

## JOINT STATEMENT ORDER

It is hereby ORDERED that the Court shall hear Defendant Apple Inc.'s ("Defendant") Motion for Summary Judgment (Dkt. No. 196), Defendant's Motion to Exclude Causation Opinions, or in the Alternative, for a Daubert Hearing (Dkt. No. 197), and Plaintiffs' Traditional and No-Evidence Motion for Partial Summary Judgment (Dkt. No. 201).  The Plaintiffs, at their discretion, may serve and re-file the remaining motions, Dkt. Nos. 191, 192, 193, 194, 195, 199, and 200 in accordance with the Court's Pretrial Scheduling Order (Dkt. No. 65.).

IT IS SO ORDERED.

Dated:

UNITED STATES DISTRICT